IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KWASI A. GYAMFI, :
:
      Plaintiff, : CIVIL ACTION
:
v. :
: NO. 09-cv-05672
WENDY'S INTERNATIONAL, :
:
      Defendant :

## ORDER

AND NOW, this 25TH day of January, 2011, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 25), and Plaintiff's response thereto, it is hereby ORDERED that:

1. Defendant's Motion is GRANTED;

2. Judgment is ENTERED in favor of Defendant and against Plaintiff; and

3. The Clerk's Office shall close this case for statistical purposes.

BY THE COURT:

_____
J. CURTIS JOYNER, J.